UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EDVIN HERNANDEZ-TELLO,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:15-cr-00091-PLM-1

## ORDER OF DETENTION

Defendant appeared before the undersigned judicial officer on January 28, 2016, with appointed counsel for an arraignment, initial pretrial conference, and detention hearing on the indictment, charging him with reentry of deported aliens, in violation of 8 U.S.C. §§ 1326 (a) and 1326(b)(1). Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections. Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstances relating to his state matter change.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the United States Attorney General pending further proceedings in this case.

IT IS SO ORDERED.

Date: January 28, 2016

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge